PD-1486-15

PD-1486-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/16/2015 1:27:24 PM
Accepted 11/17/2015 2:10:13 PM
ABEL ACOSTA
CLERK

No. PD-_____

IN THE

## Court of Criminal Appeals
### At Austin

—————

# ALAN POZZERLE,
*Appellant*

*v.*

# THE STATE OF TEXAS
*Appellee*

—————

FILED IN
COURT OF CRIMINAL APPEALS

November 17, 2015

ABEL ACOSTA, CLERK

Cause number 1384872
In the 183rd Judicial District
Court Of Harris County, Texas

Cause number No. 14-14-00610-CR
In the Court of Appeals for the Fourteenth Judicial District

—————

## *Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

—————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

ALAN POZZERLE, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his petition for discretionary review. In support of his motion, the appellant submits the following:

(A) The appellant's petition for discretionary review is due on November 12, 2015.

(B)    The appellant seeks an extension of time to file the appellant's petition for discretionary review until, January 8, 2016.

(C)    The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to the undersigned's workload, more time is necessary to review the appellate opinion and complete a petition.

(D)   No previous motion requesting an extension of time to file the appellant's petition for discretionary review has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until January 8, 2016.

Respectfully submitted,

_/s/　Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 274 words and a copy of the foregoing was electronically served on the

State of Texas.

_/s/　Kelly Smith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*